COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA,SUITE 3200
SAN ANTONIO,TEXAS 78205-3037

RE: Court of Appeals Number:04-99-00739-CR
Trial Court Case Number:98-CR-3488
Style: James Rebector
v.
The State of Texas

Thursday,June 30-2016

Dear Mr. Carmen De Leon,Deputy Clerk,Ext.53262,I am mailing a letter about a
    letter that was mailed to me on June 16,2016 stating the price for some
copoies to be mailed back to me for a total of $4.20. I am mailing a money
order. This also includes the judgment for the motion to revke on 04-99-00611-CR.
This price also includes postage. Once payment is received the records will be
copiedand forwarded to the below address.

Sincerely requesting,

James Rebector #896933

JAMES REBECTOR#896933
ALFRED D.HUGHES UNIT,7I-11-02B
ROUTE 2,BOX 4400
GATESVILLE,TEXAS 76597

FOREVER USA

JAMES REBECTOR#896933
ALFRED D.HUGHES UNIT, #1-11-02B
ROUTE 2, BOX 4400
GATESVILLE,TEXAS 76597

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2016 JUL 11  AM 10: 44

Keith E. Hottle

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA,SUITE 3200
SAN ANTONIO,TEXAS 78205-3037

78205-313000

# RECEIPT

No. **801244**

RECEIVED FROM James Rebector DATE 7/11/16 $ 4.20

O FOR RENT
O FOR Four 20/100 ————————————— DOLLARS

| Copies – 04-09 – 00739-02 |
| MO # 19052009398 |

| ACCOUNT | ○ CASH ○ CHECK | FROM | TO |
|---|---|---|---|
| PAYMENT | 4 20 | ○ MONEY ORDER ○ CREDIT CARD | BY Elizabeth Millp |
| BAL. DUE | ∅ | | |